UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

N.S.,

    vs.                                          Case No.: 1:20-CV-175 (GTS/TWD)

BOY SCOUTS OF AMERICA;
TWIN RIVERS COUCIL, BOY
SCOUTS OF AMERICA,

---

The Court having been advised that a notice staying the above-entitled action has been filed due to the filing of a petition in Bankruptcy by one of the parties, and all presently contemplated proceedings in the Court having been completed, it appears at this time that there is no further reason to maintain this action on the open docket for statistical purposes. The Status Report due to be filed on April 30, 2025 is no longer necessary.

**IT IS HEREBY ORDERED THAT** the Clerk of the Court is instructed to submit a JS-6 (using Statistical Code 18) to the Administrative Office of the U.S. Courts.

The parties are advised that nothing contained in this order shall be considered a dismissal or disposition of the above entitled action, and should further proceedings in it become necessary or desirable, any party mat reopen the action by advising the Court in writing that the stay has been lifted.

Upon notification to reopen the action, the parties are directed to request a Rule 16 conference with the Court so that a new scheduling order can be issued.

The Clerk of the Court is directed to serve a copy of this order on all parties to the action.

**IT IS SO ORDERED.**

Dated: January 9, 2025
      Syracuse, New York

_____
Glenn T. Suddaby
U.S. District Judge